THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERTO DE LUNA, Appellant.

Submitted December 19, 2011; decided January 5, 2012

Reported below, 86 AD3d 433.

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAREK HYRA, Appellant.

Submitted December 27, 2011; decided January 5, 2012

Reported below, 29 Misc 3d 143(A).

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANNY MARTIN, Appellant.

Submitted January 3, 2012; decided January 5, 2012

Reported below, 88 AD3d 473.

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.